**U.S. Department of Justice**

Civil Rights Division

Special Litigation Section

*950 Pennsylvania Avenue, NW - 4CON*
*Washington, DC  20530*

February 7, 2025

Ms. Robin L. Blume
Clerk of Court – United States District Court
Matthew J. Perry, Jr. Courthouse
901 Richland Street
Columbia, SC 29201

      **Re:  Appointment of Dana Paikowsky to practice as a government attorney before the United States District Court, District of South Carolina**

Dear Ms. Blume:

      This letter is written on behalf of Dana Paikowsky who has been appointed as attorney to represent the Federal Government, including in matters before the United States District Court for the District of South Carolina.

      As an attorney for the Government, employed full time by the Department of Justice and assigned to the Special Litigation Section of the Civil Rights Division, Dana Paikowsky is hereby authorized and directed to conduct in the District of South Carolina, and any other judicial district, any kind of legal proceedings, including proceedings before United States Magistrate Judges, which United States Attorneys are authorized to conduct. *See* 28 U.S.C. §§ 515(a), 517. This appointment shall extend to all proceedings in *United States of America v. State of South Carolina* (Case No. 3:24-cv-07125-CMC).

      Sincerely,

      */s/ Deena Fox*

      DEENA FOX
      Deputy Chief
      Special Litigation Section
      Civil Rights Division
      U.S. Department of Justice